UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| LEROY B. SIMMONS | CIVIL ACTION |
|---|---|
| VERSUS | NO. 18-12994 |
| RICHARD L. STALDER, ET AL. | SECTION "J" (3) |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's complaint be and is hereby **DISMISSED with prejudice** as prescribed.

New Orleans, Louisiana, this 8th day of February, 2019.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE